■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR VASQUEZ, Appellant. [721 NYS2d 531] —Judgment, Supreme Court, New York County (Budd Goodman, J.),

rendered July 12, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's challenges to the prosecutor's summation are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the challenged portions of the prosecutor's summation were generally responsive to the defense summation and fair comment on the evidence, and that they did not deprive defendant of a fair trial (*see, People v Overlee*, 236 AD2d 133, *lv denied* 91 NY2d 976; *People v D'Alessandro*, 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884).

We perceive no basis for reduction of sentence. Concur—Nardelli, J. P., Williams, Tom, Lerner and Rubin, JJ.